IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARIO ANTONIO SANCHEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff,

IT IS ORDERED that the defendant's sentencing is continued to Monday, August 29, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 2, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge